For the United States District Court

25-cv-870-wmc

FILED/REC'D
2025 OCT 22 A 10:40
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

Western District of Wisconsin

Joseph zloza vs us marshal, us navy(ncis), army cid, FBI, ATF, DEA, secret service, homeland security

Complaint

Federal question, bivens, Ftca

Ive contacted them numerous times, since of 11/1/2024, theyre not responding or claimed they would not investigate the crimes of Juneau county sheriff and courthouse (sheriff Andrew zobal, undersheriff Zachary board, detective Adam Morris, patrol lieutenant mattew bourgeois, assistant district attorney joshua m andreasan and district attorney kenneth hamm for crimes of 18 usc 241, 18 usc 242, 18 usc 1512, 18 usc 1513, 18 usc 1519, corruption, criminal entrapment, exploitation, abuse of power, malfeasance in the public office, failure to intervine, perjury, fabrication of the police reports and bond, and supervisor misconduct. The United States police are violating my 5th, 14th ammendment of the us constitution, or committing crimes of corruption, obstruction of justice, failure to intervine also since Juneau County sheriff and Courthouse are violating my 1st, 2nd, 4th, 5th, 6th 8th and 14th ammendment of the us constitution. The dea was trying to unlawful intimidate me also. I only got response back from army cid supervisor David M. Bertram And special agent James F. Scott III. Ive also spoke to unkown person on navy ncis phone line where they claimed they would not investigate. Failed to keep me safe.

This is also regarding the child molestation with former chief police officer brent granger and austin granger in 2006, the child torture, his false arrest crimes in 2012, 2013. Deprivation of the civil rights of the color of law with aggravated rape/ torture.

50 million for pain and suffering, emotional distress, making me look like an idiot also as I've contacted numerous times. For their criminal misconduct.

JURY demanded

Joseph zloza

W7723 Silvernagel road

New Lisbon, Wisconsin, 53950

6085471818

*[signature]*